IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DANNY RAY HOLDER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-G-1317-NE |
| | ) |
| WARDEN BILLY MITCHEM; | ) |
| ATTORNEY GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

FINAL JUDGMENT

On November 29, 2005 the magistrate judge's amended findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. On December 13, 2005 petitioner filed objections to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case, the magistrate judge's findings and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the findings of the magistrate judge. The court further ACCEPTS the recommendation of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED AND DECREED that petitioner's objections are OVERRULED and the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED.

DONE and ORDERED 22 December 2005.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.